UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| V. § | Cause No.  P-22-M-138 |
| § | |
| § | |
| HECTOR FLORES JR. § | |

## PROBABLE CAUSE FINDING

The Defendant stands charged by Complaint with a violation of 18 U.S.C. § 13 – **Assimilating Texas Penal Code 22.041 (c) - Laws of States Adopted for areas within Federal Jurisdiction: Child Endangerment.** A preliminary hearing and was held on February 23, 2022.

Under the provisions of Rule 5.1, Fed. R. Crim. P., the Court finds probable cause to believe that the offense has been committed and that the Defendant committed the offense as alleged. Therefore, the Court finds that there is probable cause to present the case to the Federal Grand Jury.

It is so **ORDERED**.

SIGNED this 23rd day of February, 2022.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE